UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAULETTE RILEY,

                Plaintiff,

    - against -

NEW YORK CITY HEALTH & HOSPITALS CORPORATION,

                Defendant.

22-cv-2736 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The plaintiff may file an amended complaint by **July 8, 2022**. The defendant should answer or move to dismiss the amended complaint by **July 29, 2022**. The defendants do not need to request a pre-motion conference.

If the defendants move to dismiss the complaint, the plaintiff should respond by **August 19, 2022**. The defendants may reply by **August 29, 2022**.

If the defendants answer the complaint, the parties should file a Rule 26(f) report by **August 19, 2022**.

**SO ORDERED.**

Dated:    New York, New York
            June 15, 2022

                                                John G. Koeltl
                                       United States District Judge