UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

PAULETTE RILEY,

                 Plaintiff,

      - against -

NEW YORK CITY HEALTH & HOSPITALS
CORPORATION,

                 Defendant.
―――――――――――――――――――――――――――――――

22-cv-2736 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendant should provide the court with courtesy copies of the pending fully briefed motion to dismiss.

SO ORDERED.

Dated:    New York, New York
           September 13, 2022

                                                 John G. Koeltl
                                          United States District Judge