UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAULETTE RILEY,

                Plaintiff,

    - against -

NEW YORK CITY HEALTH & HOSPITALS CORPORATION,

                Defendant.

22-cv-2736 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

On February 17, 2023, the Court granted the defendant's motion to dismiss the Complaint. ECF No. 23. The Court dismissed the Complaint without prejudice and gave the plaintiff thirty days to file a motion to file an amended complaint together with a proposed amended complaint if the plaintiff contended that such a complaint could remedy the defects in the current Complaint. Id. at 17. More than thirty days now have passed from the date of the Court's Memorandum Opinion and Order, yet the plaintiff has not moved to file an amended complaint. The Court will extend the time for the plaintiff to move to file an amended complaint to **Monday, April 3, 2023.** If the plaintiff chooses not to do so, the Complaint will be dismissed with prejudice.

SO ORDERED.

Dated:   New York, New York
         March 27, 2023

                                          John G. Koeltl
                                 United States District Judge