UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAULETTE RILEY,

           Plaintiff,

    - against -

NEW YORK CITY HEALTH & HOSPITALS CORPORATION,

           Defendant.

22-cv-2736 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On February 17, 2023, the Court granted the defendant's motion to dismiss the amended complaint in this case. ECF No. 23; see also ECF No. 13 (the "Complaint"). The Court dismissed the Complaint without prejudice and gave the plaintiff thirty days to file a motion to file a second amended complaint if the plaintiff contended that such a complaint could remedy the defects in the Complaint. ECF No. 23 at 17. On March 28, 2023, the Court extended the time for the plaintiff to move to file an amended complaint to April 3, 2023 and stated that the Complaint would be dismissed with prejudice if the plaintiff declined to do so. ECF No. 24. The plaintiff has not moved to file an amended complaint. Accordingly, the Complaint is **dismissed with prejudice**. The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:    New York, New York
          April 6, 2023

                                      John G. Koeltl
                                   United States District Judge